**Petition for Writ of Habeas Corpus Denied and Memorandum Opinion filed February 20, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00056-CV

---

### IN RE DONYELL RAYNARD MCCULLOUGH, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2001-55732**

---

## MEMORANDUM OPINION

On January 23, 2020, relator Donyell Raynard McCullough filed a petition for writ of habeas corpus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Harris County Sheriff to release relator from jail.

Relator's petition does not meet any of the requirements for the form and contents of a petition stated in Rule of Appellate Procedure 52.3. For example,

relator argues that the State of Texas Office of Child Support Enforcement failed to establish jurisdiction over relator, but relator fails to provide any citations to authorities and to an appendix or a record. *See* Tex. R. App. P. 52.3(h); *In re Lausch*, 177 S.W.3d 144, 154 (Tex. App.—Houston [1st Dist.] 2005, orig. proceeding). Additionally, relator has not provided an Appendix that complies with Rule 52.3(k) or a record that complies with Rule 52.7.

For these reasons, we deny relator's petition for writ of habeas corpus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.